Bacilio A. AMORRORTU, individually, victim of political persecution, Plaintiff–Appellant

v.

REPUBLIC OF PERU, Defendant–Appellee.

No. 08–20565
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

May 28, 2009.

Bacilio A. Amorrortu, pro se.

Juan C. Basombrio, Dorsey & Whitney, LLP, Irvine, CA, Jesus Garcia, Jr., Locke Lord Bissell & Liddell LLP, Houston, TX, for Defendant–Appellee.

Before DAVIS, GARZA, and PRADO, Circuit Judges.

PER CURIAM: *

Bacilio A. Amorrortu appeals the dismissal of his claims for lack of subject matter jurisdiction pursuant to FED. R.CIV.P. 12(b)(1). For the reasons stated by the district court, we conclude that Amorrortu has failed to allege a sufficient basis for jurisdiction under the Foreign Sovereign Immunities Act. *See* 28 U.S.C. § 1605.

Accordingly, we AFFIRM.

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.